IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARL C. HANDFIELD II,

    Petitioner,

v.

MARK GARMAN, et al,

    Respondents.

CIVIL ACTION
NO. 17-1634

## ORDER

**AND NOW**, this 14th day of March, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Thomas J. Rueter, and the objections filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. Petitioner's Motions for Appointment of Counsel (Docket Nos. 2 and 5) are **DENIED**;

4. Petitioner's Request for Leave to Amend (Docket No. 11) is **DENIED**;

5. Petitioner's Supplemental Petition pursuant to Fed. R. Civ. P. 15(c)(2) (Docket No. 12) is **DENIED**;

6. There is no probable cause to issue a certificate of appealability; and

7. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.