IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARL C. HANDFIELD II,

    Petitioner,

v.

MARK GARMAN, et al,

    Respondents.

CIVIL ACTION
NO. 17-1634

## ORDER

**AND NOW**, this 30th day of September, 2019, it is hereby **ORDERED** as follows:

1. Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) is **DENIED**;

2. The Clerk of Court shall **CLOSE** this matter; and

3. There is no cause to issue a certificate of appealability.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                JEFFREY L. SCHMEHL, J.