IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL C. HANDFIELD, II,<br>    Petitioner, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 17-CV-1634 |
| MARK GARMAN, *et al.*,<br>    Respondents. | :<br>:<br>: |

## ORDER

**AND NOW**, this 20th day of February, 2020, in consideration of Petitioner Earl C. Handfield's Motion for Habeas Relief to Prevent a Grave Miscarriage of Justice under Rule 60(d)(1) (ECF No. 33); Amended 60(D)(1) Motion (ECF No. 38); Second Amended 60(D)(1) Motion (ECF No. 39); and Motion to Proceed *In Forma Pauperis* (ECF No. 35), it is **ORDERED** that:

    1.    The Motion for Habeas Relief to Prevent a Grave Miscarriage of Justice under Rule 60(d)(1) (ECF No. 33), Amended 60(D)(1) Motion (ECF No. 38), and Second Amended 60(D)(1) Motion (ECF No. 39) are **DENIED** for the reasons set forth in the Court's Memorandum accompanying this Order.

    2.    The Motion to Proceed In Forma Pauperis (ECF No. 35) is **DENIED AS UNNECESSARY** since Handfield has already paid the $5 filing fee for this case.

    3.    A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

                         **BY THE COURT:**

                         **/s/ Jeffrey L. Schmehl**
                         **JEFFREY L. SCHMEHL, J.**