IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL C. HANDFIELD II, | |
| Petitioner, | |
| v. | CIVIL ACTION NO. 17-1634 |
| MARK GARMAN, et al, | |
| Respondents. | |

## ORDER

**AND NOW**, this 25th day of January, 2024, it is hereby **ORDERED** as follows:

1. Petitioner's Motion for Relief Under Federal Rule of Civil Procedure 60(b) (ECF No. 53) is **DENIED**;

2. Petitioner's Amended Motion for Relief under Federal Rule of Civil Procedure 60(b)(1) (ECF No. 54) is **DENIED**;

3. Petitioner's Motion for Appointment of Counsel (ECF No. 52) is **DENIED**; and

4. There is no cause to issue a certificate of appealability.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.